UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DONNA KAY WHITNEY,<br><br>Defendant. | No. 2:14-CR-133-LRS<br><br>ORDER GRANTING MOTION TO EXPEDITE AND MOTION TO MODIFY |

Before the Court is Defendant, Donna Kay Whitney's Motion to Modify Order on Release Conditions and Motion to Expedite, ECF No. 44, 45. The United States has indicated no objection. Although it is not stated in the Motion, the U.S. Probation Officer has indicated to the Court he has no objection to the travel.

**IT IS ORDERED** that the Defendant's Motion to Modify Release Conditions, **ECF No. 44,** and Motion to Expedite, **ECF No. 45**, are **GRANTED.** Defendant may travel to California on April 5, 2015, to return to Spokane no later than April 12, 2015. Defendant is directed to notify her U.S. Probation Officer of her contact information at all times.

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

DATED March 27, 2015.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1