PS 8
(3/15)

Case 2:14-cr-00133-LRS   Document 84   Filed 06/17/16

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 17, 2016

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.          Whitney, Donna Kay          Docket No.          2:14CR00133-LRS-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Donna Kay Whitney, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge, John T. Rodgers, sitting in the Court at Spokane, Washington, on the 7th day of October 2014 under the following conditions:

**Special Condition #11:** Defendant shall remain in the Eastern District of Washington while the case is pending. On a showing of necessity, and with prior notice by the defense to the assigned Assistant U.S. Attorney, the Defendant may obtain prior written permission to temporarily leave this area from the United States Probation Office.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Ms. Whitney traveled to the District of Idaho without obtaining prior permission on June 4, 2016.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: June 16, 2016

by      s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS
[X] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

6/17/2016

Date