EDWA 50 (3/18)

# United States District Court

## for the

## Eastern District of Washington

### REQUEST FOR OUT OF COUNTRY TRAVEL

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 06 2018

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

Name of Offender: Donna Kay Whitney
Name of Supervising Judicial Officer: Linda J. Leavitt
Docket No: 2:14-cr-00133-1

### PETITIONING THE COURT

A supervision report was submitted to the Court providing information regarding the above offender's request to travel out of the county. The U.S. Probation/Pretrial Services Officer is seeking the Court's approval for Donna Kay Whitney to travel out of the country.

Respectfully submitted by,

s/Linda J. Leavitt          12/6/2018
Linda J. Leavitt            Date
U.S. Probation Officer

### THE COURT ORDERS

Having reviewed the United States Probation/Pretrial Services Officer's request for offender's travel, IT IS HEREBY ORDERED, THE COURT:

[X] Approves travel request
[ ] Denies travel request
[ ] Other

_____
Signature of Judicial Officer

12/6/18
Date